```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA

E.E. and K.C., L.L.C.                         CIVIL ACTION

VERSUS                                        NO: 06-5086

HARTFORD FIRE INSURANCE                       SECTION: J(5)
COMPANY ET AL.
```

**ORDER**

Before the Court is the **Motion for Summary Judgment** filed by Defendant Hartford Fire Insurance Company **(Rec. Doc. 15)**. This motion, which was opposed by Plaintiff, was set for hearing on July 11, 2007, without oral argument.

Defendant's motion is based on the assertion that because Plaintiff failed to file a Proof of Loss, Defendant is entitled to summary judgment as a matter of law. However, in its opposition, Plaintiff notes that it did, indeed, submit a detailed proof of loss on March 9, 2006, as well as a June 12, 2006 affidavit in support of its flood claim. (See Plaintiff's Complaint, Exhibit C and Exhibit 1 to Plaintiff's opposition). Based on this evidence, the Court determines that material fact issues are present which preclude summary judgment at this time.

Further, even without a Proof of Loss, this Court has denied summary judgment in a previous case, finding that the "Waiver of

Proof of Loss Requirement in the Standard Flood Insurance Policy (SFIP)" notice is ambiguous.  <u>See Robin v. Fidelity National Property and Casualty Insurance Company</u>, case no. 06-5242 (Rec. Doc. 22). Accordingly,

**IT IS ORDERED** that **Motion for Summary Judgment** filed by Defendant Hartford Fire Insurance Company **(Rec. Doc. 15)** should be and is hereby **DENIED**.

New Orleans, Louisiana this 11th day of July, 2007.

CARL J. BARBIER
UNITED STATES DISTRICT JUDGE